IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                        CV F 06 0720 AWI  WMW   P

   vs.                                 ORDER RE MOTION (DOC 7)

CCI SHU,

        Defendant.

       Plaintiff has requested an extension of time in which to file objections to the findings and recommendations of October 17, 2006.   The court will grant Plaintiff a thirty day extension of time.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:**   **November 22, 2006**        /s/  **William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE

1